USCA1 Opinion

 

 June 2, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCIUT ____________________ No. 95-1124 RALPH J. CATALDO, Plaintiff, Appellant, v. CNA INSURANCE CO., Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Morton A. Brody, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge. ___________ Selya and Stahl, Circuit Judges. ______________ ____________________ Ralph J. Cataldo on brief pro se. ________________ Glenn H. Robinson, Thompson & Bowie on brief for appellee. _________________ ________________ ____________________ ____________________ Per Curiam. We have read carefully the record in this __________ case and the briefs of the parties. We have considered the various claims raised by appellant and find none to possess merit. We affirm the grant of summary judgment to appellee, essentially for the reasons given by the district court in its memorandum and order, dated January 9, 1995.  Appellant's motion to "strike or vacate court order of April 18, 1995," is denied as moot. While we agree with ______ appellee that the statements contained in appellant's "notification of the creation of false and fictitious evidence" were completely without foundation and were not properly presented to this court, we do not deem it necessary to grant appellee's motion to strike the "notification" as the court has disregarded it in the consideration of this case. See Fine v. Paramount Pictures, Inc., 171 F.2d 571, ___ ____ _______________________ 575 (7th Cir. 1948). Affirmed.  ________